EDWIN A. HALL, as Administrator of the Estate of EDWIN HALL, Deceased, Appellant, *v.* INTERNATIONAL RAILWAY COMPANY, Respondent.

*Hall* v. *International Railway Co.*, 184 App. Div. 925, affirmed.

(Argued October 22, 1919; decided November 18, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 11, 1918, affirming a judgment in favor of defendant entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant. The intestate, a boy about six years of age, in company with some other boys got into defendant's yards at Cold Spring and started to play around the street cars then standing there. There were two cars on a track separated by a space of several feet. As the intestate was passing between the two cars another boy started one of them and plaintiff's intestate was caught between the cars and crushed, receiving injuries from which he died.

*Hamilton Ward* for appellant.

*Harold S. Brown* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO, CRANE and ANDREWS, JJ.